UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| KERI LISETTE WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 2:10-CV-47-FL |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 24, 2011, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further action.

**This Judgment Filed and Entered on May 26, 2011, and Copies To:**

Branch W. Vincent, III (via CM/ECF Notice of Electronic Filing)
Michael Haar (via CM/ECF Notice of Electronic Filing)

May 26, 2011        DENNIS P. IAVARONE, CLERK
                 /s/ Christa N. Baker
                (By) Christa N. Baker, Deputy Clerk